UNITED STATES DISTRICT COURT
Western District of Tennessee
Western Division

Robert R. Di Trolio
Clerk of Court

Memphis    901-495-1200
Fax        901-495-1250
Jackson    901-427-6586
Fax        901-427-9210

DATE:   June 7, 2005

NOTICE TO ALL PARTIES

RE:   CRIMINAL CASE NO.  05-20204-B/V
      UNITED STATES OF AMERICA vs. CHARLES LOVE

___ RULE 20 (Consent to Transfer of Case for Plea and Sentence)

XX_ RULE 40 DOCUMENTS

Documents, as to the above-named defendant, have been received from the USDC, Eastern District of Tennessee (Chattanooga), on June 6, 2005. Please refer to document #10 in the case record.

Sincerely,

ROBERT R. Di TROLIO,
Clerk of Court

BY: Earline Drayer
Deputy Clerk

cc: Mag. Judge Casemgr.

242 Federal Building
167 North Main Street
Memphis, Tennessee 38103

101 Federal Building
109 South Highland Avenue
Jackson, Tennessee 38301



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20204 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

Honorable J. Breen
US DISTRICT COURT