IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 21 PM 3: 13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| vs. | * | Docket No.  05-CR-20204 |
| | * | |
| CHARLES LOVE, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Upon Defendant's Motion and for good cause shown, it is **ORDERED, ADJUDGED,** and **DECREED** that defendant, Charles Love, is not required to appear, June 22, 2005 at the report date; it is further **ORDERED, ADJUDGED and DECREED** that his attorney shall participate via telephone conference to begin at 8:45 a.m., Central Standard Time, June 22, 2005.

J. DANIEL BREEN
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20204 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Jonathan P. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT