FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL 18 AM 10:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | Docket No.  05-CR-20204-B |
| | * | |
| CHARLES LOVE, | * | |
| | * | |
| Defendant. | * | |

### ORDER GRANTING MOTION TO EXTEND MOTION DEADLINE AND TO CONTINUE REPORT DATE

It appears to the Court that the Motion to Extend Motion Deadline and to Continue Report Date submitted by defendant Charles Love is well taken and should be granted. It is

THEREFORE ORDERED, ADJUDGED AND DECREED that the deadline for filing motions in this matter is hereby extended until September 20, 2005. It is

FURTHER ORDERED ADJUDGED AND DECREED that the report date for defendant Love is hereby reset for August 25, 2005, at 8:45 a.m.

IT IS SO ORDERED this 15th of July, 2005.

Judge Breen
United States District Court Judge

Date: July 15, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-18-05

(39)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20204 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Jonathan P. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT