IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 05-20204-02-B |
| ) | 05-20205-02-B |
| CHARLES LOVE, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA AND SETTING

This cause came to be heard on August 16, 2005, the United States Attorney for this district, Tim DiScenza, appearing for the Government and the defendant, Charles Love, appearing in person, and with counsel, Bryan Hoss, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1 & 2 of the Indictments in case numbers 05-20204 and 05-20205.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, FEBRUARY 2, 2006, at 1:30 P.M., in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the 17 day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:05-CR-20204 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Jonathan P. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

Honorable J. Breen
US DISTRICT COURT